**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maria Sanchez, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DSV Solutions, a South Carolina Limited Liability Company; and DOES 1-50, inclusive,<br><br>　　　　　Defendant. | CASE NO. 5:23-cv-01112 PA (SPx)<br>Assigned to Hon. Percy Anderson<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND REMOVED ACTION FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL**<br><br>Complaint Filed:　February 1, 2022<br>1st Removal Filed:　May 25, 2022<br>2nd Removal Filed:　June 12, 2023 |

Ford & Harrison LLP
Attorneys At Law
Los Angeles

1

Case No. 5:23-cv-01112 DOC (SPx)
[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO REMAND

# ORDER

The Court, having reviewed the contents of the Parties' Joint Stipulation to Remand Removed Action for Purposes of Seeking Settlement Approval ("Joint Stipulation to Remand"), and finding good cause, GRANTS the Joint Stipulation to Remand, and ORDERS as follows:

1. This Action shall be remanded to the Superior Court of the State of California for the County of San Bernardino, where the Action was first filed for purposes of seeking settlement approval.

2. All deadlines and future hearings in this case, including the Final Pretrial Conference and the Jury Trial are vacated.

**IT IS SO ORDERED**

Dated: February 9, 2024

_____
Percy Anderson
United States District Judge